UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PFM MEDICAL, INC., | Case No.: 21-CV-2020 TWR (JLB) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| JIGSAW MEDICAL, LLC, | |
| Defendant. | (ECF No. 43) |
| JIGSAW MEDICAL, LLC | |
| Counterclaimant, | |
| v. | |
| PFM MEDICAL, INC. | |
| Counterdefendant. | |

Presently before the Court is Plaintiff and Counterdefendant PFM Medical, Inc. and Defendant and Counterclaimant Jigsaw Medical LLC's Joint Motion for Dismissal ("Joint Mot.," ECF No. 43), through which the Parties seek dismissal of this action with prejudice under a fully executed settlement agreement. (*See id.* at 2.)  Good cause appearing, the Court **GRANTS** the Joint Motion.  As agreed by the Parties, the Court **DISMISSES**

1  **WITH PREJUDICE** this action in its entirety, with each Party to bear its own fees and
2  costs.
3       **IT IS SO ORDERED.**
4  Dated:  June 21, 2022

_____
Honorable Todd W. Robinson
United States District Judge